**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL BRUCE ANTHONY McPHERSON,

Plaintiff,

v.

V. GRANDELL,

Defendant.

Case No.: 1:26-cv-04159 JLT EGC (PC)

ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT AS FRIVOLOUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Docs. 1, 10)

Michael Bruce Anthony McPherson seeks to hold the defendant liable for violations of his civil rights at the Substance Abuse Treatment Facility. (*See generally* Doc. 1.) The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found the claims raised were "irrational, fantastical, and clearly baseless." (Doc. 10 at 5; *see also id.* at 3-5.) Therefore, the magistrate judge recommended the Court dismiss the complaint without leave to amend. (*Id.*)

Plaintiff filed objections to the Findings and Recommendations, arguing the magistrate judge lacked authority to take action on this case. (Doc. 11.) Plaintiff asserts that he "filed a decline of a magistrate jurisdiction in this action." (*Id.* at 1.) He argues the district judge only had authority over this matter, and the actions of the magistrate judge suggest an "illuminati conspiracy." (*Id.* at 3, 4.) Plaintiff contends the district judge has a "legal duty" and an "absolute duty" to maintain authority over the matter. (*Id.* at 4.) Plaintiff does not address the specific findings of the magistrate judge. (*See id.* at 1-4.)

Consent was not required for the magistrate judge to screen the complaint, contrary to Plaintiff's assertions. A magistrate judge has authority "to hear and determine any pretrial matter pending before the court" except motions "for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action." 28 U.S.C. § 636(b)(1). Even with dispositive matters, a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations" to the district judge. *Id.*, § 636(b)(1)(B). Thus, the magistrate judge did not act beyond the scope of her authority by issuing the pending Findings and Recommendations. *See id.*; *see also Gallegos v. Cal. Dep't of Corr. & Rehab.,* 2023 WL 3168360, at *1 (E.D. Cal. Apr. 28, 2023) ("plaintiff's purported 'declination' to magistrate judge jurisdiction has no impact on the assigned magistrate judge's authority to issue findings and recommendations").

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff also does not dispute the finding that his claims are frivolous. Thus, the Court **ORDERS**:

1. The Amended Findings and Recommendations issued July 6, 2026 (Doc. 10) are **ADOPTED** in full.
2. Plaintiff's complaint (Doc. 1) is **DISMISSED** as frivolous and without leave to amend.
3. The Clerk of Court is directed to terminate pending matters and to close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE